

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

AGUSTIN GALVEZ-PEREZ        *

                       *

       VS                   *   C.A. NO. B96-125

                       *

E.M. TROMINSKI,         *

DISTRICT DIRECTOR OF THE     *

IMMIGRATION & NATURALIZATION   *

SERVICE

## ORDER SETTING CONFERENCE

A status conference in above-captioned and numbered cause of action is hereby set for **Thursday, February 10, 2000, at 9:30 a.m.** The parties shall be prepared to show evidence that Petitioner has been deported.

Local Rule 2C sets forth certain information required of those signing pleadings.  Please comply with this rule.

DONE at Brownsville, Texas, this **1st** day of **February 2000.**

 

Felix Recio
United States Magistrate Judge
U.S. Federal Bldg. & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX  78520