UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| AGUSTIN GALVEZ-PEREZ | * |
| | * |
| VS | * C.A. NO. B96-125 |
| | * |
| E.M. TROMINSKI, | * |
| DISTRICT DIRECTOR OF THE | * |
| IMMIGRATION & NATURALIZATION | * |
| SERVICE | |

### ORDER GRANTING MOTION FOR CONTINUANCE

Plaintiff's Unopposed Oral Motion for Continuance of the status conference set for February 10, 2000, is hereby **GRANTED**. A written motion shall be filed.

The status conference is hereby reset to February 24, 2000, at 2:00 p.m. The parties shall be prepared to show evidence that Petitioner has been deported.

DONE at Brownsville, Texas, this 9th day of February 2000.

Felix Recio
U.S. Magistrate Judge
U.S. Federal Bldg. & Courthouse
600 E. Harrison, #203
Brownsville, TX 78520-7152
956/548-2701