

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| AGUSTIN GALVEZ PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. B-96-125 |
| E.M. TROMINSKI, District Director, | § | |
| U.S. Immigration and Naturalization | § | |
| Service, | § | |
| | § | |
| Respondent. | § | |

## ORDER

On this day came before the Court the Unopposed Motion to Reschedule Status Conference, filed herein on February 11, 2000 by counsel for Agustin Galvez Perez, Petitioner. The Court, having reviewed the Motion and noting that it is unopposed, is of the view and finds that it should be granted as set forth below.

IT IS ORDERED that the status conference previously scheduled for February 10, 2000 in this case be and is hereby rescheduled to the  24th  day of  February , 2000, at  2:00  a.m./p.m. in Brownsville, Texas.

SIGNED this  17th  day of  February , 2000, at Brownsville, Texas.

_____
HONORABLE JUDGE PRESIDING

d-744012.1
12808.846

ORDER                                                                 Page 1.