IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 03 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| AGUSTIN GALVEZ-PEREZ ) | |
|     PETITIONER ) | |
| ) | |
| v. ) | CIVIL ACTION NO. B-96-125 |
| ) | |
| E.M. TROMINSKI, ) | |
| DISTRICT DIRECTOR, THE ) | |
| IMMIGRATION & NATURALIZATION ) | |
| SERVICE, ) | |
|     RESPONDENT ) | |

### ORDER

This cause came on to be heard on Petitioner's Petition for Writ of Habeas Corpus and the Respondent having moved to dismiss the petition herein on the ground that the matter is moot, it is

ORDERED that said motion be and the same hereby is GRANTED and the matter DISMISSED.

Dated this ___1___ day of ___March___, 2000.

_____
UNITED STATES DISTRICT JUDGE